# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

---

Suite 5100
1000 Louisiana Street
Houston, Texas 77002-5096
(713) 651-9366

Suite 1400
1900 Avenue of the Stars
Los Angeles, California 90067-6029
(310) 789-3100

Suite 3800
1201 Third Avenue
Seattle, Washington 98101-3000
(206) 516-3880

Seth Ard
Direct Dial (212) 471-8354

E-Mail SARD@susmangodfrey.com

September 2, 2021

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

VIA ECF

Re:   *Brighton Trustees, LLC et al. v. Sun Life Assurance Company of Canada*, No. 21-cv-5644

Dear Judge Cronan:

I write on behalf of the Plaintiffs in this matter to request a three-week adjournment of the Initial Pretrial Conference date.

The Initial Pretrial Conference is currently scheduled for September 14, 2021 at 11:00 am, and the parties' joint letter and proposed case management plan and scheduling order in advance of that conference are due September 7, 2021.

Plaintiffs request a three-week extension of the date of the Initial Pretrial Conference, until October 5, 2021 (making the pre-conference filings due September 28, 2021). Plaintiffs make this request because the pre-conference filings are currently due during Rosh Hashana, and because of other conflicting case commitments of Plaintiffs' counsel. This is the first request for an adjournment of the Initial Pretrial Conference date. Opposing counsel consents to this request for adjournment.

Sincerely,

*Seth Ard*

Seth Ard

---

The initial pretrial conference scheduled for September 14, 2021 is adjourned to October 5, 2021 at 10:30 a.m. The proposed case management plan and joint letter deadlines are adjourned to September 28, 2021.

SO ORDERED.
Date: September 7, 2021
New York, New York

*John P. Cronan*
JOHN P. CRONAN
United States District Judge